UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Uranna Longworth Greene,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Nancy A. Berryhill, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No.: 18-cv-02117-LAB-BGS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>**[ECF NO. 2]** |

On September 12, 2018, Plaintiff Uranna Longworth Greene filed a complaint seeking judicial review of a decision by the Commissioner of Social Security denying her application for disability benefits. (ECF No. 1.) Along with the complaint, Plaintiff filed a form and affidavit entitled "Application to Proceed in District Court Without Prepaying Fees or Costs" indicating she is entitled to proceed in this action in forma pauperis. (ECF No. 2.)

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

The determination of indigency falls within the district court's discretion. *California Men's Colony v. Rowland*, 939 F.2d 854, 858 (9th Cir. 1991), *reversed on other grounds by*, 506 U.S. 194 (1993) ("Section 1915 typically requires the reviewing court to exercise its sound discretion in determining whether the affiant has satisfied the statute's requirement of indigency."). A party need not be completely destitute to proceed in forma pauperis. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, Plaintiff's motion indicates her only income is $745.00 a month in social security and $42.00 a month in public assistance. Her monthly expenses total $665.00. (ECF No. 2 at 2, 5.) The court construes Plaintiff's affidavit as showing she has no financial obligations related to her housing expenses and no spouse.[1] The affidavit also shows that Plaintiff is not employed and has no savings of any kind. Therefore, the Court finds that Plaintiff has submitted an affidavit which sufficiently shows that she lacks the financial resources to pay the filing fee. She is entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Adkins*, 335 U.S. at 335 (litigants need not pay "the last dollar they have" to enjoy the benefit of the IFP statute).

Accordingly, Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 21, 2019

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] If this is not accurate, Plaintiff's counsel must update the Court by having Plaintiff submit an updated affidavit.