UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| URANNA LONGWORTH GREENE,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A BERRYHILL, Acting Commisisoner of Social Security,<br><br>Defendant. | Case No.: 18cv2117-LAB (BGS)<br><br>**ORDER PERMITTING DEFENDANT TO WITHDRAW CONSENT** |
|---|---|

This matter was referred to Magistrate Judge Bernard Skomal for report and recommendation. On June 13, Judge Skomal issued an order concerning consent to magistrate judge jurisdiction over the case. Among other things, the order directed Plaintiff to lodge consent forms at the Clerk's office by July 1. The form, executed only by Plaintiff and Plaintiff's counsel, was forwarded to the undersigned District Judge, and accepted for filing by discrepancy order.

The government has given its general consent to reference of social security appeals to magistrate judges. *See* General Order 707. The government may, however, withdraw its consent by the date the administrative record is filed. *See id.* Here, the administrative record was filed in this case on June 10, before Plaintiff had an opportunity to consent to magistrate judge jurisdiction.

If the government wishes to withdraw its consent to magistrate judge jurisdiction, it may do so by **July 11, 2019**. If more time is needed to make the decision, the government should request it by *ex parte* motion, giving an estimate of the time required. If the government does not withdraw its consent within the time permitted, jurisdiction over the case will be transferred to Judge Skomal.

**IT IS SO ORDERED**.

Dated: July 3, 2019

Hon. Larry Alan Burns
Chief United States District Judge