UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URANNA LONGWORTH GREENE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>NANCY A BERRYHILL, Acting Commisisoner of Social Security,<br><br>　　　　　　　　Defendant. | Case No.: 18cv2117-LAB (BGS)<br><br>**ORDER TRANSFERRING CASE TO MAGISTRATE JUDGE BERNARD SKOMAL** |

The government has chosen not to withdraw its consent to magistrate judge jurisdiction over this case. (*See* Docket no. 16.) Jurisdiction over this action is therefore transferred to Magistrate Judge Bernard Skomal. The Clerk is directed to update the docket to reflect that the case is assigned to Judge Skomal.

**IT IS SO ORDERED**.

Dated: August 20, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Larry Alan Burns
　　　　　　　　　　　　　　　　Chief United States District Judge

1

18cv2117-LAB (BGS)