

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Uranna Longworth Greene

                    **Plaintiff,**

V.

Andrew Saul, Commissioner of Social Security

                    **Defendant.**

Civil Action No.   18-cv-02117-RNB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for summary judgment is granted. Defendant's cross-motion for summary judgment is denied. Judgment is entered reversing the decision of the Commissioner. The matter is remanded for further administrative proceedings pursuant to sentence four of 42 USC 405(g).

Date:   10/21/19

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ D. Juarez

                                            D. Juarez, Deputy